IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JAMES T. LIVSEY                                                                                              PLAINTIFF

      v.                               Civil No. 4-10-cv-04175

CAPTAIN JACK HEINTZLEMAN;
SHERIFF RON STOVALL; and
MILLER COUNTY, ARKANSAS                                                                      DEFENDANTS

## JUDGMENT

On September 14, 2011, I entered an order (ECF No. 19) granting Defendants' motion to compel (ECF No. 18) and directing Plaintiff to provide Defendants with discovery responses by September 30, 2011.  Plaintiff was advised that failure to obey the Court order would result in the dismissal of his case.

If they did not receive the discovery responses, Defendants were directed to file a motion to dismiss.  Defendants have filed a motion to dismiss (ECF No. 22) in which they state they have not received any discovery responses from the Plaintiff.   The motion to dismiss (ECF No. 22) is therefore granted in view of Plaintiff's failure to obey the order of the Court and his failure to prosecute this action.  Fed. R. Civ. P. 41(b).

IT IS SO ORDERED this 2nd day of December 2011.

                                                      /s/ Barry A. Bryant
                                                     HON. BARRY A. BRYANT
                                                     UNITED STATES MAGISTRATE JUDGE